Byrem v. Charles Steiner B. & L. Assn., Appellant.

OPINION BY BALDRIGE, J., February 27, 1931:

This case was submitted, and it was stipulated by the attorneys of record that it should be considered in conjunction with the case of Jay W. Weil v. Charles

Steiner, Building and Loan Association, which we have disposed of this day. The issues raised are substantially the same and are controlled by our ruling in that case.

Judgment is reversed with a procedendo.